BEVERAGES, INC. v. CITY OF NEW BERN

No. 7 PC.

Case below:  6 N.C. App. 632.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 3 February 1970.

BOARD OF EDUCATION v. LAMM

No. 2 PC.

Case below:  6 N.C. App. 656.

Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 3 February 1970.

CONWAY v. TIMBERS, INC.

No. 3 PC.

Case below:  7 N.C. App. 10.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 3 February 1970.

HILLSBOROUGH, TOWN OF v. SMITH

No. 55 PC.

Case below:  4 N.C. App. 316.

Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 18 June 1969.

IN RE HENNIS

No. 6 PC.

Case below:  6 N.C. App. 683.

Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 11 February 1970.

LAND CORP. v. STYRON

No. 1 PC.

Case below:  7 N.C. App. 25.

Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 3 February 1970.